THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Terry Gene Kendall,       
Appellant.
 
 
 

Appeal From Anderson County
Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No. 2003-UP-362
Submitted March 26, 2003 - Filed May 
 21, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Druanne D. White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Terry Gene Kendall pled guilty to grand larceny with a 
 value of more than $5,000.  He was sentenced to five years, suspended upon the 
 service of five years probation.  Kendalls appellate counsel filed a brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally 
 submitted a petition to be relieved from representation, asserting there are 
 no directly appealable issues of arguable merit.  Kendall did not file a pro 
 se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1]
 
 
 We decide this case without oral argument pursuant to Rule 215, SCACR.